IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GRAY,<br><br>          Petitioner,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | No. CV-F-04-6260 OWW<br>(No. CR-F-03-5222 OWW)<br><br>ORDER DENYING PETITIONER'S<br>MOTION TO VACATE, SET ASIDE<br>OR CORRECT SENTENCE PURSUANT<br>TO 28 U.S.C. § 2255 |

On September 15, 2004, petitioner Edward Gray timely filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

Petitioner contends that he is entitled to relief pursuant to *Blakely v. Washington,* 542 U.S. 296 (2004), contending that "the sentence was an enhancement (illegal) for the reason that the court enhanced my period of incarceration based upon a preponderance of the evidence as opposed to beyond a reasonable doubt."

Petitioner's motion is without merit. *Blakely* does not

1

apply retroactively to cases on collateral review. *United States v. Cruz*, 423 F.3d 1119 (9th Cir.2005), *cert. denied* ___ U.S. ___, 126 S.Ct. 1181 (2006); *Schardt v. Payne*, 414 F.3d 1025 (9th Cir.2005).

    ACCORDINGLY, as set forth above:

    1.  Petitioner Edward Gray's motion to vacate, set aside, or correct sentence is DENIED.

    IT IS SO ORDERED.

**Dated:   November 27, 2006**             /s/ Oliver W. Wanger
668554                                       UNITED STATES DISTRICT JUDGE