

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NOV 29 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:04-CV-6260
1:03-CR-5222HC

EDWARD GRAY,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____ Granted for the following reason:

_____

_____

_____

_____

__X__ Denied for the following reason:
BLAKELY HAS NO APPLICATION TO PETITIONER'S SENTENCE

_____

_____

Dated: 11-28-06

_____
OLIVER W. WANGER
United States District Judge