Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Edward Gray |
| **Docket Number:** | 1:03CR05222-001 OWW |
| **Offender Address:** | Fresno, CA |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11/19/2003 |
| **Original Offense:** | Wire Fraud and Aiding &abetting (18 USC 1343 & 2) (CLASS C FELONIES) |
| **Original Sentence:** | 54 months prison, 3 years tsr, $500 special assessment, $2,280,032 restitution |
| **Special Conditions:** | Search, financial sanctions, no self-employment unless approved by Court |
| **Type of Supervision:** | Supervised Release (TSR) |
| **Supervision Commenced:** | 8/22/2006 |
| **Assistant U.S. Attorney:** | Stanley A. Boone     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Woodrow E. Nichols Jr.  **Telephone:** (559) 497-1300 |
| **Other Court Action:** | 09/06/2007: The Court approved a non-action violation advising the Court that offender had failed to maintain his $500 minimum monthly restitution payment schedule and owed $1,000 in arrearages.<br><br>09/02/2006: The Court approved modifications of offender's terms and conditions of supervision to include a minimum monthly payment of $500 toward court ordered financial obligations beginning 10/1/2006; |

**RE:****GRAY, Edward**
**Docket Number:  1:03CR05222-001 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

no self-employment unless approved by U.S. Probation Officer, or if necessary, as approved by the court; no fiduciary responsibility over or access to client/customer accounts; and, the offender's consent to periodic unannounced examinations of any computer equipment, business related or personal.

08/22/2006: A hearing was held per releasee's request to modify self-employment restrictions. Court allowed releasee to maintain self-employment similar to employment maintained prior to commission of underlying offense providing employment was approved by supervising Probation Officer.

**RE:   GRAY, Edward**
      **Docket Number:  1:03CR05222-001 OWW**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The offender shall engage in no further self-employment as of January 4, 2008.  This condition does not negate the offender's responsibility to fulfill contractual obligations entered into with clients between August 22, 2006 and January 4, 2008.  Any future employment is to be pre-approved by probation officer and/or the Court.

**Justification:**   The offender has failed to comply with numerous requirements set forth by the undersigned officer relating to his self-employment and as set forth in his conditions of supervision.  The filing of a violation petition (12C) is pending wherein the specific violations of his conditions of supervision will be outlined.  This instant modification of the offender's conditions of supervision, however,  is needed more immediately as a means to reduce potential recidivism and to reduce possible financial victimization of others.  The offender is in agreement with the proposed modification of his conditions of supervised release.

**RE:  GRAY, Edward**
**Docket Number:  1:03CR05222-001 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Melinda Peyret

**MELINDA S. PEYRET**
**Senior United States Probation Officer**
Telephone:  (559) 499-5733

**DATED:**   1/7/2008
              Fresno, California
              mp


**REVIEWED BY:**     /s/ Bruce Vasquez
                    **BRUCE A. VASQUEZ**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:    January 8, 2008**               /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE